■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT TURNER, Appellant. [790 NYS2d 916]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered December 2, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, assault in the third degree, menacing in the second degree and harassment in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree (Penal Law §§ 110.00, 265.02 [1]), assault in the third degree (§ 120.00 [2]), menacing in the second degree (§ 120.14 [1]) and harassment in the second degree (§ 240.26 [1]). The voluntary, knowing and intelligent waiver by defendant of the right to appeal encompasses his challenge to the factual sufficiency of the plea allocution (*see People v Morgan*, 275 AD2d 970 [2000], *lv denied* 96 NY2d 761 [2001]). In any event, "[a] bargained guilty plea to a lesser crime makes unnecessary a factual basis for the particular crime confessed" (*People v Clairborne*, 29 NY2d 950, 951 [1972]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Lawton, JJ.